# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>North Bend 7, LLC, an Oregon limited liability company; Gordhan M. Patel, a California resident; and Saroj G. Patel, a California resident,<br><br>　　　　Defendants. | No. CV13-00659-PHX-DGC<br><br>**STIPULATED JUDGMENT** |

Plaintiff and Defendants Gordhan M. Patel and Saroj G. Patel have filed a Stipulation for Entry of Judgment (Doc. 11), and for good cause showing,

**IT IS HEREBY ORDERED** that final judgment is entered in this matter in favor of Plaintiff and against Defendants Gordhan M. Patel and Saroj G. Patel in the amount of $98,894.51, less any amounts paid by Defendants Gordhan M. Patel and Saroj G. Patel pursuant to the Mutual Release and Settlement Agreement, including the legal rate of interest allowed under law from entry of the Judgment until the amount owed is paid in full.

Dated this 13th day of May, 2013.

_David G. Campbell_
David G. Campbell
United States District Judge